NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BUTAMAX(TM) ADVANCED BIOFUELS LLC,**
*Plaintiff/Counterclaim Defendant-Appellant,*

AND

**E.I. DUPONT DE NEMOURS AND CO.,**
*Counterclaim Defendant,*

v.

**GEVO, INC.,**
*Defendant/Counterclaimant-*
*Appellee.*

---

2012-1490

---

Appeal from the United States District Court for the District of Delaware in case no. 11-CV-0054, Judge Sue L. Robinson.

---

## ORDER

Gevo, Inc. submits a motion to stay the temporary injunction issued by the United States District Court for the District of Delaware in case no. 11-CV-0054 pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

BUTAMAX(TM) ADVANCED BIOFUELS V. GEVO, INC.                    2

The appellant is directed to respond to the motion by July 16, 2012.

FOR THE COURT

JUL 1 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Leora Ben-Ami, Esq.
     Gerald J. Flattmann, Jr., Esq.

s26